UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN FERRY,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; and TEMPLE UNIVERSITY HEALTH SYSTEM EMPLOYEE WELFARE BENEFIT PLAN,<br><br>Defendants. | Case No: CV10-5191 SVW(MANx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: FEB 2 4 2011

*/s/ Stephen V. Wilson*
Honorable Stephen V. Wilson
Judge of the U.S. District Court